Milord A. Keshishian, SBN 197835
milord@milordlaw.com
J. Nicolas Anwandter, SBN 294677
nico@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
LA GEM & JEWELRY DESIGN, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation dba LA ROCKS, <br><br> Plaintiff, <br><br> vs. <br><br> BETH MACRI DESIGNS LLC, a New York company; and DOES 1-10 <br><br> Defendants. | Case No.: 2:17-cv-01750-PSG (GJSx) <br><br> *Assigned to the Hon. Philip S. Gutierrez* <br><br> **PLAINTIFF LA GEM'S REQUEST TO ADVANCE HEARING DATE OF MOTION TO (1) CONTINUE SERVICE DEADLINE AND (2) AUTHORIZE ALTERNATE SERVICE OF COMPLAINT BY ELECTRONIC MAIL AND SERVICE ON GARRETT M. SMITH, ESQ.; DECLARATION OF J. NICOLAS ANWANDTER; AND [PROPOSED] ORDER** <br><br> Current Hearing Date: June 26, 2017 <br> Current Time: 1:30 p.m. <br> Requested Hearing Date: May 22, 2017 <br> Requested Time: 10:00 a.m. <br> Courtroom: 6A <br><br> Action Filed: March 3, 2017 |

-1-
**PLAINTIFF'S REQUEST TO ADVANCE HEARING DATE ON MOTION TO
CONTINUE SERVICE DEADLINE AND AUTHORIZE ALTERNATE SERVICE**

**TO THE HONORABLE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Plaintiff L.A. Gem & Jewelry Design, Inc. ("Plaintiff") hereby respectfully requests that the Court advance the hearing date on Plaintiff's Motion to (1) Continue Service Deadline and (2) Authorize Alternate Service of Complaint by Electronic Mail (the "Motion"). See ECF No. 11. Plaintiff requests that the current hearing date and time for the Motion be advanced to May 22, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 West First Street, Courtroom 6A, Los Angeles, CA 90012, before Hon. Philip S. Gutierrez (the "Court"). Plaintiff requests that the Court advance the hearing date because the current hearing date, the earliest date in which the Court is officially available to hear civil motions, is twenty-five (25) days past Plaintiff's ninety (90) day deadline to serve the Summons and Complaint on Defendant Beth Macri Designs LLC ("Defendant").

Plaintiff filed the Motion on May 17, 2017 after several unsuccessful attempts to serve Defendant between the March 3, 2017 filing date and April 21, 2017. Such attempts included personal service, certified mail return receipt requested, and notice and acknowledgment of receipt on Defendant's counsel. At the time counsel for Plaintiff began drafting the Motion on April 21, 2017, the calendar on the Court's website indicated that: (i) the Court only hears civil motions on Mondays at 1:30 p.m.; (ii) the Court is in trial all day Tuesdays through Fridays; (iii) the Court is dark for hearings on civil motions until June 26, 2017; and (iv) the Court is still available for Monday hearings through May 22, 2017, albeit for criminal motions at 10:00 a.m. Declaration of J. Nicolas Anwandter ("Anwandter Decl.") ¶¶ 2-3.

Because Plaintiff filed the Complaint on March 3, 2017, Plaintiff's 90 day deadline to serve Defendant is June 1, 2017. Thus, absent an advancement of the Motion hearing date, Plaintiff cannot obtain a continuance on the service deadline and/or authorization of alternate service prior to violating Fed. R. Civ. P. 4(m). Accordingly, Plaintiff respectfully requests that the Court advance the Motion's hearing date from June 26,

2017 at 1:30 a.m. to May 22, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard by this Court.

In addition, Fed. R. Civ. P. 4(m) states that "if the plaintiff shows good cause for the failure [to serve within 90 days of filing], the court must extend the time for service for an appropriate period." Good cause exists here because Plaintiff filed the Motion as soon as it received a Declaration of Due Diligence from the Process Server, but the Court at that time was already unavailable to hear civil motions until June 26, 2017. Indeed, Plaintiff began preparing the Motion on April 21, 2017 and discovered at that time that the Court had no availability until June 26, 2017. Anwandter Decl. ¶¶ 2-3. Plaintiff immediately contacted the clerk of the Court for guidance, and the clerk advised Plaintiff to set the Motion for June 26 and then file a separate request to advance the hearing date along with a proposed order. Anwandter Decl. ¶ 4, Exhibit A. Plaintiff therefore respectfully requests in the alternative that the Court extend the time for service of Summons and Complaint beyond the date set for hearing the Motion, so that Plaintiff may be heard on the Motion without violating Fed. R. Civ. P. 4(m) and becoming subject to an Order to Show Cause.

Dated:  May 17, 2017                    Respectfully submitted,

**MILORD & ASSOCIATES, P.C.**
/s/ Milord A. Keshishian
Milord A. Keshishian
Attorney for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.