E-FILED 5/23/17
Link #12
Re Motion #11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation dba LA ROCKS, <br><br> Plaintiff, <br><br> vs. <br><br> BETH MACRI DESIGNS LLC, a New York company; and DOES 1-10 <br><br> Defendants. | Case No.: 2:17-cv-01750-PSG (GJSx) <br><br> *Assigned to the Hon. Philip S. Gutierrez* <br><br> **[PROPOSED] ORDER GRANTING REQUEST TO ADVANCE HEARING DATE OF MOTION TO (1) CONTINUE SERVICE DEADLINE AND (2) AUTHORIZE ALTERNATE SERVICE OF COMPLAINT BY ELECTRONIC MAIL** <br><br> Current Hearing Date:  June 26, 2017 <br> Current Time:  1:30 p.m. <br> Requested Hearing Date: May 22, 2017 <br> Requested Time: 10:00 a.m. <br> Courtroom:  6A |

-2-

# ORDER

Pending before the Court in this action is Plaintiff LA Gem & Jewelry Design, Inc.'s ("LA Gem") Request to Advance Hearing Date of Motion to Continue Service Deadline and Authorize Alternate Service by Electronic Mail (the "Motion").

Having considered the Request, and all of the files, records and proceedings herein, the Court hereby GRANTS LA Gem's Request.

**IT IS HEREBY ORDERED THAT:**

1. The hearing date for LA Gem's Motion, ECF No. 11, is advanced to ~~May 22~~ June 5, 2017 at 10:00 a.m., to be heard following all pending criminal motions for that morning.

**IT IS SO ORDERED.**

Dated: 5/23/17

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez