E-FILED 5/25/17
TERM MOTION #11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation dba LA ROCKS, | ) Case No.: 2:17-cv-01750-PSG (GJSx) |
| | ) |
| | ) *Assigned to the Hon. Philip S. Gutierrez* |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MOTION TO (1) CONTINUE** |
| | ) **SERVICE DEADLINE AND (2)** |
| vs. | ) **AUTHORIZE ALTERNATE** |
| | ) **SERVICE OF COMPLAINT BY** |
| | ) **ELECTRONIC MAIL AND** |
| BETH MACRI DESIGNS LLC, a New | ) **SERVICE ON GARRETT M.** |
| York company; and DOES 1-10 | ) **SMITH, ESQ.** |
| | ) |
| Defendants. | ) Hearing Date: June 26, 2017 |
| | ) Time: 1:30 p.m. |
| | ) Courtroom: 6A |
| | ) |

-1-
**[PROPOSED] ORDER GRANTING ALTERNATE SERVICE**

**ORDER**

Pending before the Court in this copyright infringement action is Plaintiff LA Gem & Jewelry Design, Inc.'s ("LA Gem") Motion To Authorize Alternate Service by (1) Electronic Mail and service on Garrett M. Smith, Esq. to serve Defendant Beth Macri Designs LLC ("Defendant") as authorized by Fed. R. Civ. Proc. 4(e)(1).

Having considered the Motion, accompanying declarations, arguments, and all of the files, records and proceedings herein, the Court hereby GRANTS LA Gem's Motion.

**IT IS HEREBY ORDERED THAT:**

1.      LA Gem's time to serve the Summons and Complaint on Defendants is extended by sixty (60) days to July 31, 2017;

2.      LA Gem serve Defendant the Summons and Complaint by alternative means of emailing the Summons and Complaint to the following email addresses: customerservice@bethmacri.com and gsmith@hoffmanwarnick.com; and

3.      LA Gem also serve Defendant the Summons and Complaint by alternative means of Certified Mail to Hoffman Warnick LLC, c/o Garrett M. Smith, 540 Broadway, Albany, NY 12207.

   **IT IS SO ORDERED.**

Dated: _____5/25/17_____

PHILIP S. GUTIERREZ

_____

Hon. Philip S. Gutierrez

**[PROPOSED] ORDER GRANTING ALTERNATE SERVICE**