Milord A. Keshishian (SBN 197835)
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, CA 90064
Tel: (310) 226-7878  Fax: (310) 226-7879

Attorneys for LA GEM & JEWELRY DESIGN, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.A. GEM & JEWELRY DESIGN, INC.,

                      v.                      Plaintiff(s),

BETH MACRI DESIGNS, LLC, et al.

                                  Defendants(s).

CASE NUMBER

2:17-cv-1750-PSG (GJSx)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**

*(Use separate proof of service for each person/party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of:

   a. [X] summons    [X] complaint    [ ] alias Summons    [ ] first amended complaint
   Civil Cover Sheet; Report on the Filing of an Action Regarding Trademark; Notice of Interested Parties; Notice of Assignment to Judge Philip S. Gutierrez and Magistrate Judge Gail J. Standish; Notice of Court-Directed ADR Program; Standing Order; Order Granting Motion to Authorize Alternate Service; and Notice of Relocation of Judge Standish

   [ ] other *(specify)*:

2. **Person Served**

   a. [X] Defendant *(Name)*: Beth Macri Designs, LLC
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Beth Macri (owner) and Garrett M. Smith, Esq. (attorney for Beth Macri Designs, LLC)
   c. [X] Address where papers were served:
      customerservice@bethmacri.com, Sgsmith@hoffman.com, Hoffman Warwick LLC, 540 Broadway, Albany, NY 12207

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*
   a. [X] Federal Rules of Civil Procedure Rule 4(h)(1)(b)
   b. [ ] California Code of Civil Procedure

4. **I served the person named in item 2**

   a. [ ] **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] **Papers were served on** *(date)*:_____  at *(time)*: _____

   b. [X] **By Substituted Service.** By leaving copies:

      1. [ ] **(home)** at the dwelling house or usual place of abode of the person served, in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** with a person apparently in charge at the office or usual place of business of the person served, at least 18 years of age, and informed of the general nature of the papers.

      3. [X] **Papers were served on** *(date)*: July 17, 2017    at *(time)*: 11:25 p.m.

      4. [X] **by mailing** *(by first-class, postage prepaid)* copies to the person served in item 2(b) at the place where the copies were left in item 2(c).

      5. [X] **papers were mailed** on *(date)*: July 17, 2017    from *(place)*: Los Angeles, CA

      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

    c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two copies (2) of the form Waiver of Service of Summons and Complaint and a return envelope, postage prepaid, addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

    d. ☐ **Service on domestic corporation, unincorporated association, partnership, or public entity (F.R.Civ.P. 4(h), CCP 416.10-416.50)** By delivering, during usual business hours, a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association, partnership, or public entity (CCP 415.20(a) only)** By leaving, during usual office hours, a copy of the summons and complaint in the office of the person served, with a person who apparently was in charge, and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with CCP 415.20. Substituted service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this proof of service).**

    f. ☐ **Service on a foreign corporation** in a manner described for individuals by FRCP 4(f).

    g. ☒ **Certified or registered mail service** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    h. ☒ **Other** (specify code section and type of service): On 5-25-17, Hon. Gutierrez granted LA Gem permission to serve Defendant via email and certified mail (ECF No. 15). Exhibit A is a true and correct copy of the cover letter and e-receipt evidencing delivery to Beth Macri LLC and its counsel; Ex B is the certified mail receipt to Garrett M. Smith.

5. Service upon the **United States and It's Agencies, Corporations or Officers**

    a. ☐ By delivering a copy of the summons and of the complaint to the clerical employee designated by the U. S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorney's Office.

    Name of person served:

    Title of person served:

    Date and time of service   (date): _____ at (time): _____

    b. ☐ By sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and of the complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address, phone, registration info)*:

Charity Graham
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

    a. Fee for Service  $

    b. ☒ Not a registered California process server

    c. ☐ Exempt from registration under B&P Code 22350 (b)

    d. ☐ Registered California process server

8. ☐ I am a California Sheriff, Marshal or Constable and I certify the foregoing is true and correct.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____August 1, 2017_____   _____*Charity Graham*_____
                                                                *(Signature)*

EXHIBIT A

# Stephanie Trice

| | |
|---|---|
| **From:** | Milord Keshishian |
| **Sent:** | Monday, July 17, 2017 4:24 PM |
| **To:** | customerservice@bethmacri.com |
| **Cc:** | gsmith@hoffman.com; Charity Graham; Jorge Nicolas Anwandter |
| **Subject:** | Registered: Court Ordered Email Service - LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC |
| **Attachments:** | 8 - Notice of ADR.pdf; 9 - Summons Issued.pdf; 10 - STANDING ORDER PSJ.pdf; 2 - Civil Cover Sheet.pdf; 3 - Report re Trademark.pdf; 1 - Complaint Beth Macri.pdf; 15 - ORDER Granting 11.pdf; 7 - Notice of Assignment - PSG (GJSx).pdf; 5 - Corporate Disclosure Statement.pdf; 4 - Notice of Interested Parties.pdf; 16 - Notice Relocation GJS.pdf |

This sender failed our fraud detection checks and may not be who they appear to be. Learn about spoofing       Feedback

 

This is a Registered Email™ message from **milord@milordlaw.com**.

Re:    LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC

       United States District Court - Central District of California

       Case No.:  CV17-01750 PSG (GJSx)

       Our Ref. No.:  LAR08-163L

Dear Ms. Macri:

You are being served in accordance with the Court's order allowing email service.  We enclose a copy of the following documents for service on Beth Macri Designs, LLC:

1. Complaint;
2. Civil Cover Sheet;
3. Report on the Filing of an Action Regarding a Copyright Infringement;
4. Notice of Interested Parties;
5. Corporate Disclosure Statement;
6. Notice of Assignment to District Judge Philip S. Gutierrez and Magistrate Judge Gail J. Standish;
7. Notice of Court-Directed ADR Program;
8. Issued Summons;
9. Standing Order of District Judge Philip S. Gutierrez; and
10. Order Granting Motion to Continue Service Deadline and Authorize Alternate Service of Complaint by Electronic Mail and Service on Defendant and Garrett M. Smith, Esq.
11. Notice of Relocation of Judge Standish

Because Mr. Smith sent the takedown notice to Amazon, there is an obligation for you and Mr. Smith to preserve evidence that relates to the claims made by and against you and Beth Macri Designs, LLC.  In this case, that means, at a minimum, all of your advertising, purchase orders, invoices, customs documents, communications (including email), all electronic storage media (including computers, servers, and PDAs) as well as any backups of your hard drives, need to be maintained as evidence.  Further, you should not attempt to alter, erase, delete or dispose of any records or evidence which relate to this matter and your products.

If you should have any questions or concerns, please feel free to contact our office.

Milord A. Keshishian


Milord & Associates, PC

Patent, Trademark & Copyright Law
10517 West Pico Blvd.
Los Angeles, CA 90064
Tel  (310) 226-7878
Fax (310) 226-7879

www.milordlaw.com


*************************CONFIDENTIALITY NOTICE*************************

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

Powered by RPost®

# Stephanie Trice

| | |
|---|---|
| **From:** | Receipt <receipt@r1.rpost.net> |
| **Sent:** | Monday, July 17, 2017 6:25 PM |
| **To:** | Milord Keshishian |
| **Subject:** | Receipt: Court Ordered Email Service - LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC |
| **Attachments:** | DeliveryReceipt.xml; HtmlReceipt.htm |

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'**

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
| customerservice@bethmacri.com | Delivered and Opened | HTTP-IP:66.102.8.58 | 7/17/2017 11:24:37 PM (UTC) | 7/17/2017 11:24:37 PM | 7/17/2017 11:25:13 PM |
| gsmith@hoffman.com | Delivered to Mail Server | 250 2.6.0 <3856829@r1.rpost.net> [InternalId=10926396804271, Hostname=DM5PR04MB0637.namprd04.prod.outlook.com] 1018265 bytes in 0.566, 1755.817 KB/sec Queued mail for delivery hoffman-com.mail.protection.outlook.com (216.32.181.42) | 7/17/2017 11:24:41 PM (UTC) | 7/17/2017 11:24:41 PM | |
| charity@milordlaw.com | Delivered and Opened | MUA-IP:10.172.210.20 | 7/17/2017 11:24:38 PM (UTC) | 7/17/2017 11:24:38 PM | 7/17/2017 11:26:27 PM |
| nico@milordlaw.com | Delivered and Opened | HTTP-IP:65.200.42.163 | 7/17/2017 11:24:43 PM (UTC) | 7/17/2017 11:24:43 PM | 7/17/2017 11:28:27 PM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | milord@milordlaw.com< milord@milordlaw.com > |
| **Subject:** | Court Ordered Email Service - LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC |
| **To:** | <customerservice@bethmacri.com> |
| **Cc:** | <gsmith@hoffman.com> <charity@milordlaw.com> <nico@milordlaw.com> |
| **Bcc:** | |
| **Network ID:** | <SM21UOSYrPEU4Tla9oW00001ae2@sm21.r1.rpost.net> |
| **Received by RMail System:** | 7/17/2017 11:24:31 PM (UTC) |
| **Client Code:** | |

| Message Statistics | |
|---|---|
| **Tracking Number:** | 82F2829F665D4A6AC947F79DF7E5C54B5A3DC340 |
| **Message Size:** | 737900 |
| **Features Used:** | R |
| **File Size (bytes):** | **File Name:** |

1

| 21365 | 8 - Notice of ADR.pdf |
| 46446 | 9 - Summons Issued.pdf |
| 43908 | 10 - STANDING ORDER PSJ.pdf |
| 61651 | 2 - Civil Cover Sheet.pdf |
| 32300 | 3 - Report re Trademark.pdf |
| 154049 | 1 - Complaint Beth Macri.pdf |
| 135077 | 15 - ORDER Granting 11.pdf |
| 18341 | 7 - Notice of Assignment - PSG (GJSx).pdf |
| 26838 | 5 - Corporate Disclosure Statement.pdf |
| 46665 | 4 - Notice of Interested Parties.pdf |
| 144935 | 16 - Notice Relocation GJS.pdf |

**Delivery Audit Trail**

7/17/2017 11:24:34 PM starting bethmacri.com/{default} \n 7/17/2017 11:24:34 PM connecting from mta21.r1.rpost.net (0.0.0.0) to ASPMX.L.GOOGLE.com (64.233.167.26) \n 7/17/2017 11:24:34 PM connected from 192.168.10.238:34022 \n 7/17/2017 11:24:34 PM >>> 220 mx.google.com ESMTP 2si353375wry.326 - gsmtp \n 7/17/2017 11:24:34 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:34 PM >>> 250-mx.google.com at your service, [52.58.131.9] \n 7/17/2017 11:24:34 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:34 PM >>> 250-8BITMIME \n 7/17/2017 11:24:34 PM >>> 250-STARTTLS \n 7/17/2017 11:24:34 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:34 PM >>> 250-PIPELINING \n 7/17/2017 11:24:34 PM >>> 250-CHUNKING \n 7/17/2017 11:24:34 PM >>> 250 SMTPUTF8 \n 7/17/2017 11:24:34 PM <<< STARTTLS \n 7/17/2017 11:24:34 PM >>> 220 2.0.0 Ready to start TLS \n 7/17/2017 11:24:34 PM tls:TLSv1 connected with 128-bit ECDHE-RSA-AES128-SHA \n 7/17/2017 11:24:34 PM tls:Cert: /C=US/ST=California/L=Mountain View/O=Google Inc/CN=mx.google.com; issuer=/C=US/O=Google Inc/CN=Google Internet Authority G2; verified=no \n 7/17/2017 11:24:34 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:34 PM >>> 250-mx.google.com at your service, [52.58.131.9] \n 7/17/2017 11:24:34 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:34 PM >>> 250-8BITMIME \n 7/17/2017 11:24:34 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:34 PM >>> 250-PIPELINING \n 7/17/2017 11:24:34 PM >>> 250-CHUNKING \n 7/17/2017 11:24:34 PM >>> 250 SMTPUTF8 \n 7/17/2017 11:24:34 PM <<< MAIL FROM:<rcpt3856828@r1.rpost.net> BODY=8BITMIME \n 7/17/2017 11:24:34 PM >>> 250 2.1.0 OK 2si353375wry.326 - gsmtp \n 7/17/2017 11:24:34 PM <<< RCPT TO:<customerservice@bethmacri.com> \n 7/17/2017 11:24:34 PM >>> 250 2.1.5 OK 2si353375wry.326 - gsmtp \n 7/17/2017 11:24:34 PM <<< DATA \n 7/17/2017 11:24:34 PM >>> 354 Go ahead 2si353375wry.326 - gsmtp \n 7/17/2017 11:24:35 PM <<< . \n 7/17/2017 11:24:37 PM >>> 250 2.0.0 OK 1500333877 2si353375wry.326 - gsmtp \n 7/17/2017 11:24:37 PM <<< QUIT \n 7/17/2017 11:24:37 PM >>> 221 2.0.0 closing connection 2si353375wry.326 - gsmtp \n 7/17/2017 11:24:37 PM closed ASPMX.L.GOOGLE.com (64.233.167.26) in=623 out=1010289 \n 7/17/2017 11:24:37 PM done bethmacri.com/{default}

7/17/2017 11:24:34 PM starting hoffman.com/{default} \n 7/17/2017 11:24:34 PM connecting from mta21.r1.rpost.net (0.0.0.0) to hoffman-com.mail.protection.outlook.com (216.32.181.42) \n 7/17/2017 11:24:34 PM connected from 192.168.10.238:55520 \n 7/17/2017 11:24:35 PM >>> 220 CO1NAM04FT037.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Mon, 17 Jul 2017 23:24:34 +0000 \n 7/17/2017 11:24:35 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:35 PM >>> 250-CO1NAM04FT037.mail.protection.outlook.com Hello [52.58.131.9] \n 7/17/2017 11:24:35 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:35 PM >>> 250-PIPELINING \n 7/17/2017 11:24:35 PM >>> 250-DSN \n 7/17/2017 11:24:35 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:35 PM >>> 250-STARTTLS \n 7/17/2017 11:24:35 PM >>> 250-8BITMIME \n 7/17/2017 11:24:35 PM >>> 250-BINARYMIME \n 7/17/2017 11:24:35 PM >>> 250 CHUNKING \n 7/17/2017 11:24:35 PM <<< STARTTLS \n 7/17/2017 11:24:35 PM >>> 220 2.0.0 SMTP server ready \n 7/17/2017 11:24:35 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 7/17/2017 11:24:35 PM tls:Cert: /C=US/ST=WA/L=Redmond/O=Microsoft Corporation/OU=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/OU=Microsoft IT/CN=Microsoft IT SSL SHA2; verified=no \n 7/17/2017 11:24:35 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:35 PM >>> 250-CO1NAM04FT037.mail.protection.outlook.com Hello [52.58.131.9] \n 7/17/2017 11:24:35 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:35 PM >>> 250-PIPELINING \n 7/17/2017 11:24:35 PM >>> 250-DSN \n 7/17/2017 11:24:35 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:35 PM >>> 250-AUTH LOGIN \n 7/17/2017 11:24:35 PM >>> 250-8BITMIME \n 7/17/2017 11:24:35 PM >>> 250-BINARYMIME \n 7/17/2017 11:24:35 PM >>> 250 CHUNKING \n 7/17/2017 11:24:35 PM <<< MAIL FROM:<rcpt3856829@r1.rpost.net> BODY=8BITMIME RET=FULL \n 7/17/2017 11:24:36 PM >>> 250 2.1.0 Sender OK \n 7/17/2017 11:24:36 PM <<< RCPT TO:<gsmith@hoffman.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 7/17/2017 11:24:36 PM >>> 250 2.1.5 Recipient OK \n 7/17/2017 11:24:36 PM <<< DATA \n 7/17/2017 11:24:36 PM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 7/17/2017 11:24:39 PM <<< . \n 7/17/2017 11:24:41 PM >>> 250 2.6.0 <3856829@r1.rpost.net> [InternalId=10926396804271, Hostname=DM5PR04MB0637.namprd04.prod.outlook.com] 1018265 bytes in 0.566, 1755.817 KB/sec Queued mail for delivery \n 7/17/2017 11:24:41 PM <<< QUIT \n 7/17/2017 11:24:41 PM >>> 221 2.0.0 Service closing transmission channel \n 7/17/2017 11:24:41 PM closed hoffman-com.mail.protection.outlook.com (216.32.181.42) in=854 out=1010294 \n 7/17/2017 11:24:41 PM done hoffman.com/{default}

7/17/2017 11:24:34 PM starting milordlaw.com/{default} \n 7/17/2017 11:24:34 PM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (207.46.163.10) \n 7/17/2017 11:24:34 PM connected from 192.168.10.238:58993 \n 7/17/2017 11:24:34 PM >>> 220 DM3NAM03FT013.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Mon, 17 Jul 2017 23:24:34 +0000 \n 7/17/2017 11:24:34 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:34 PM >>> 250-DM3NAM03FT013.mail.protection.outlook.com Hello [52.58.131.9] \n 7/17/2017 11:24:34 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:34 PM >>> 250-PIPELINING \n 7/17/2017 11:24:34 PM >>> 250-DSN \n 7/17/2017 11:24:34 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:34 PM >>> 250-STARTTLS \n 7/17/2017 11:24:34 PM >>> 250-8BITMIME \n 7/17/2017

11:24:34 PM >>> 250-BINARYMIME \n 7/17/2017 11:24:34 PM >>> 250 CHUNKING \n 7/17/2017 11:24:34 PM <<< STARTTLS \n 7/17/2017 11:24:35 PM >>> 220 2.0.0 SMTP server ready \n 7/17/2017 11:24:35 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 7/17/2017 11:24:35 PM tls:Cert: /C=US/ST=WA/L=Redmond/O=Microsoft Corporation/OU=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/OU=Microsoft IT/CN=Microsoft IT SSL SHA2; verified=no \n 7/17/2017 11:24:35 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:35 PM >>> 250-DM3NAM03FT013.mail.protection.outlook.com Hello [52.58.131.9] \n 7/17/2017 11:24:35 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:35 PM >>> 250-PIPELINING \n 7/17/2017 11:24:35 PM >>> 250-DSN \n 7/17/2017 11:24:35 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:35 PM >>> 250-AUTH LOGIN \n 7/17/2017 11:24:35 PM >>> 250-8BITMIME \n 7/17/2017 11:24:35 PM >>> 250-BINARYMIME \n 7/17/2017 11:24:35 PM >>> 250 CHUNKING \n 7/17/2017 11:24:35 PM <<< MAIL FROM:<rcpt3856830@r1.rpost.net> BODY=8BITMIME RET=FULL \n 7/17/2017 11:24:35 PM >>> 250 2.1.0 Sender OK \n 7/17/2017 11:24:35 PM <<< RCPT TO:<charity@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 7/17/2017 11:24:35 PM >>> 250 2.1.5 Recipient OK \n 7/17/2017 11:24:35 PM <<< DATA \n 7/17/2017 11:24:35 PM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 7/17/2017 11:24:38 PM <<< . \n 7/17/2017 11:24:38 PM >>> 250 2.6.0 <3856830@r1.rpost.net> [InternalId=35759897708147, Hostname=BN6PR18MB1459.namprd18.prod.outlook.com] 1018652 bytes in 1.760, 565.204 KB/sec Queued mail for delivery \n 7/17/2017 11:24:38 PM <<< QUIT \n 7/17/2017 11:24:38 PM >>> 221 2.0.0 Service closing transmission channel \n 7/17/2017 11:24:38 PM closed milordlaw-com.mail.protection.outlook.com (207.46.163.10) in=853 out=1010303 \n \n 7/17/2017 11:24:43 PM done milordlaw.com/{default}

7/17/2017 11:24:34 PM starting milordlaw.com/{default} \n 7/17/2017 11:24:38 PM connecting from mta21.r1.rpost.net (0.0.0.0) to milordlaw-com.mail.protection.outlook.com (207.46.163.10) \n 7/17/2017 11:24:39 PM connected from 192.168.10.238:47675 \n 7/17/2017 11:24:39 PM >>> 220 DM3NAM03FT010.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Mon, 17 Jul 2017 23:24:38 +0000 \n 7/17/2017 11:24:39 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:39 PM >>> 250-DM3NAM03FT010.mail.protection.outlook.com Hello [52.58.131.9] \n 7/17/2017 11:24:39 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:39 PM >>> 250-PIPELINING \n 7/17/2017 11:24:39 PM >>> 250-DSN \n 7/17/2017 11:24:39 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:39 PM >>> 250-STARTTLS \n 7/17/2017 11:24:39 PM >>> 250-8BITMIME \n 7/17/2017 11:24:39 PM >>> 250-BINARYMIME \n 7/17/2017 11:24:39 PM >>> 250 CHUNKING \n 7/17/2017 11:24:39 PM <<< STARTTLS \n 7/17/2017 11:24:39 PM >>> 220 2.0.0 SMTP server ready \n 7/17/2017 11:24:39 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 7/17/2017 11:24:39 PM tls:Cert: /C=US/ST=WA/L=Redmond/O=Microsoft Corporation/OU=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/OU=Microsoft IT/CN=Microsoft IT SSL SHA2; verified=no \n 7/17/2017 11:24:39 PM <<< EHLO mta21.r1.rpost.net \n 7/17/2017 11:24:39 PM >>> 250-DM3NAM03FT010.mail.protection.outlook.com Hello [52.58.131.9] \n 7/17/2017 11:24:39 PM >>> 250-SIZE 157286400 \n 7/17/2017 11:24:39 PM >>> 250-PIPELINING \n 7/17/2017 11:24:39 PM >>> 250-DSN \n 7/17/2017 11:24:39 PM >>> 250-ENHANCEDSTATUSCODES \n 7/17/2017 11:24:39 PM >>> 250-AUTH LOGIN \n 7/17/2017 11:24:39 PM >>> 250-8BITMIME \n 7/17/2017 11:24:39 PM >>> 250-BINARYMIME \n 7/17/2017 11:24:39 PM >>> 250 CHUNKING \n 7/17/2017 11:24:39 PM <<< MAIL FROM:<rcpt3856831@r1.rpost.net> BODY=8BITMIME RET=FULL \n 7/17/2017 11:24:39 PM >>> 250 2.1.0 Sender OK \n 7/17/2017 11:24:39 PM <<< RCPT TO:<nico@milordlaw.com> NOTIFY=SUCCESS,FAILURE,DELAY \n 7/17/2017 11:24:40 PM >>> 250 2.1.5 Recipient OK \n 7/17/2017 11:24:40 PM <<< DATA \n 7/17/2017 11:24:40 PM >>> 354 Start mail input; end with <CRLF>.<CRLF> \n 7/17/2017 11:24:42 PM <<< . \n 7/17/2017 11:24:43 PM >>> 250 2.6.0 <3856831@r1.rpost.net> [InternalId=77880641978902, Hostname=CY1PR18MB0664.namprd18.prod.outlook.com] 1018602 bytes in 2.079, 478.380 KB/sec Queued mail for delivery \n 7/17/2017 11:24:43 PM <<< QUIT \n 7/17/2017 11:24:43 PM >>> 221 2.0.0 Service closing transmission channel \n 7/17/2017 11:24:43 PM closed milordlaw-com.mail.protection.outlook.com (207.46.163.10) in=853 out=1010294 \n 7/17/2017 11:24:43 PM done milordlaw.com/{default}

[IP Address: 66.102.8.58] [Time Opened: 7/17/2017 11:25:13 PM] [REMOTE_HOST: 66.102.8.58] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/ckx8e.gif] HTTP_CONNECTION:Keep-alive HTTP_ACCEPT_ENCODING:gzip,deflate,br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) Connection: Keep-alive Accept-Encoding: gzip,deflate,br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 0 CGI/1.1 off 5 /LM/W3SVC/5 192.168.10.186 /open/images/ckx8e.gif C:\inetpub\wwwroot\OpenDetection\open\images\ckx8e.gif 66.102.8.58 66.102.8.58 58398 GET /open/images/ckx8e.gif open.r1.rpost.net 80 0 HTTP/1.1 Microsoft-IIS/8.5 /open/images/ckx8e.gif Keep-alive gzip,deflate,br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <customerservice@bethmacri.com> relayed to mailer ASPMX.L.GOOGLE.com (64.233.167.26) From:"Beth Macri" <customerservice@bethmacri.com>:<div dir="ltr"><div style="font-family:arial,helvetica,sans-serif;font-size:small">Hello!</div><div style="font-family:arial,helvetica,sans-serif;font-size:small"><br></div><div style="font-family:arial,helvetica,sans-serif;font-size:small">Thank you for your interest in Beth Macri.</div><div style="font-family:arial,helvetica,sans-serif;font-size:small"><br></div><div style="font-family:arial,helvetica,sans-serif;font-size:small">Our customer service team is reviewing your email to better service your needs. You will receive a response within <b>1-2 business days</b>. We thank you for your patience.</div><div style="font-family:arial,helvetica,sans-serif;font-size:small"><br></div><div style="font-family:arial,helvetica,sans-serif;font-size:small">The Beth Macri studio is open <u>Monday - Friday from 9:00-6:00 EST</u>. Please note this is a corporate office and not a retail store. </div><div style="font-family:arial,helvetica,sans-serif;font-size:small"><br></div><div style="font-family:arial,helvetica,sans-serif;font-size:small">Have a wonderful day!</div><div style="font-family:arial,helvetica,sans-serif;font-size:small">The Beth Macri Team xo<br></div></div><br><br>-- <br><div dir="ltr"><div><div dir="ltr"><div dir="ltr"><div dir="ltr"><div dir="ltr"><div dir="ltr"><div dir="ltr"><div style="color:rgb(80,0,80);font-size:12.8000001907349px"><div style="color:rgb(34,34,34);font-size:12.8000001907349px"><b><font size="1" color="#000000" face="verdana, sans-serif"><div style="display:inline"></div>Beth Macri LLC | </font></b><b style="font-size:12.8px"><font size="1" color="#000000" face="verdana, sans-serif">Customer Service

| |
|---|
| Team</font></b></div><div style="color:rgb(34,34,34);font-size:12.8000001907349px"><br></div><div style="color:rgb(34,34,34);font-size:12.8000001907349px">NY, NY</div><div style="color:rgb(34,34,34);font-size:12.8000001907349px"><font color="#000000" face="verdana, sans-serif" size="1"><br></font></div><div style="color:rgb(34,34,34);font-size:12.8000001907349px"><a href="http://bethmacri.com/" target="_blank"><font color="#3d85c6" face="verdana, sans-serif" size="1">bethmacri.com</font></a></div><div style="color:rgb(34,34,34);font-size:12.8000001907349px"><font color="#3d85c6" face="verdana, sans-serif" size="1"><br></font></div><div style="color:rgb(34,34,34);font-size:12.8000001907349px"><font face="verdana, sans-serif" size="1"><a href="http://instagram.com/bethmacri" target="_blank"><font color="#3d85c6">instagram</font></a><font color="#3d85c6">  |  </font><a href="http://facebook.com/bethmacridesigns" target="_blank"><font color="#3d85c6">facebook</font></a><font color="#3d85c6">  |  </font><a href="http://twitter.com/bethmacri" target="_blank"><font color="#3d85c6">twitter</font></a><font color="#3d85c6">  </font></font></div></div></div></div></div></div></div><br/> |
| From:postmaster@hoffman.com:Your message has been delivered to the following recipients: gsmith@hoffman.com<mailto:gsmith@hoffman.com> Subject: Registered: Court Ordered Email Service - LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC |
| Your message To: Charity Graham Subject: Registered: Court Ordered Email Service - LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC Sent: Monday, July 17, 2017 4:24:25 PM (UTC-08:00) Pacific Time (US & Canada) was read on Monday, July 17, 2017 4:26:27 PM (UTC-08:00) Pacific Time (US & Canada). |
| [IP Address: 65.200.42.163] [Time Opened: 7/17/2017 11:27:05 PM] [REMOTE_HOST: 65.200.42.163] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/ckx8g.gif] HTTP_CONNECTION:Keep-Alive HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.3; WOW64; Trident/7.0; .NET4.0E; .NET4.0C; .NET CLR 3.5.30729; .NET CLR 2.0.50727; .NET CLR 3.0.30729; Microsoft Outlook 16.0.7369; ms-office; MSOffice 16) Connection: Keep-Alive Accept: */* Accept-Encoding: gzip, deflate Host: open.r1.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.3; WOW64; Trident/7.0; .NET4.0E; .NET4.0C; .NET CLR 3.5.30729; .NET CLR 2.0.50727; .NET CLR 3.0.30729; Microsoft Outlook 16.0.7369; ms-office; MSOffice 16) /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 0 CGI/1.1 off 5 /LM/W3SVC/5 192.168.10.186 /open/images/ckx8g.gif C:\inetpub\wwwroot\OpenDetection\open\images\ckx8g.gif 65.200.42.163 65.200.42.163 62594 GET /open/images/ckx8g.gif open.r1.rpost.net 80 0 HTTP/1.1 Microsoft-IIS/8.5 /open/images/ckx8g.gif Keep-Alive */* gzip, deflate open.r1.rpost.net Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.3; WOW64; Trident/7.0; .NET4.0E; .NET4.0C; .NET CLR 3.5.30729; .NET CLR 2.0.50727; .NET CLR 3.0.30729; Microsoft Outlook 16.0.7369; ms-office; MSOffice 16) |
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: charity@milordlaw.com<mailto:charity@milordlaw.com> Subject: Registered: Court Ordered Email Service - LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC |
| [IP Address: 65.200.42.163] [Time Opened: 7/17/2017 11:28:27 PM] [REMOTE_HOST: 65.200.42.163] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/ckx8h.gif] HTTP_CONNECTION:Keep-Alive HTTP_ACCEPT:*/* HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.3; WOW64; Trident/7.0; .NET4.0E; .NET4.0C; .NET CLR 3.5.30729; .NET CLR 2.0.50727; .NET CLR 3.0.30729; Microsoft Outlook 16.0.7369; ms-office; MSOffice 16) Connection: Keep-Alive Accept: */* Accept-Encoding: gzip, deflate Host: open.r1.rpost.net User-Agent: Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.3; WOW64; Trident/7.0; .NET4.0E; .NET4.0C; .NET CLR 3.5.30729; .NET CLR 2.0.50727; .NET CLR 3.0.30729; Microsoft Outlook 16.0.7369; ms-office; MSOffice 16) /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 0 CGI/1.1 off 5 /LM/W3SVC/5 192.168.10.186 /open/images/ckx8h.gif C:\inetpub\wwwroot\OpenDetection\open\images\ckx8h.gif 65.200.42.163 65.200.42.163 62690 GET /open/images/ckx8h.gif open.r1.rpost.net 80 0 HTTP/1.1 Microsoft-IIS/8.5 /open/images/ckx8h.gif Keep-Alive */* gzip, deflate open.r1.rpost.net Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 6.3; WOW64; Trident/7.0; .NET4.0E; .NET4.0C; .NET CLR 3.5.30729; .NET CLR 2.0.50727; .NET CLR 3.0.30729; Microsoft Outlook 16.0.7369; ms-office; MSOffice 16) |
| From:postmaster@milordlaw.com:Your message has been delivered to the following recipients: nico@milordlaw.com<mailto:nico@milordlaw.com> Subject: Registered: Court Ordered Email Service - LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC |

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:
1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                              An RPost® Technology

EXHIBIT B

# MILORD
## LAW GROUP
### SAFEGUARDING INTELLECTUAL PROPERTY

July 18, 2017

<u>Via Certified Mail – Return Receipt Requested</u>

Garrett M. Smith, Esq.
Hoffman Warnick, LLC.
540 Broadway
Albany, NY 12207

Re:   *LA Gem & Jewelry Design, Inc. v. Beth Macri Designs LLC*
      United States District Court - Central District of California
      Case No.: CV17-01750 PSG (GJSx)
      <u>Our Ref. No.: LAR08-163L</u>

Dear Mr. Smith:

Pursuant to the Court's order, ECF No. 15, this correspondence constitutes service of process. We enclose a copy of the following documents for service on Beth Macri Designs, LLC:

1. Complaint;
2. Civil Cover Sheet;
3. Report on the Filing of an Action Regarding a Copyright Infringement;
4. Notice of Interested Parties;
5. Corporate Disclosure Statement;
6. Notice of Assignment to District Judge Philip S. Gutierrez and Magistrate Judge Gail J. Standish;
7. Notice of Court-Directed ADR Program;
8. Issued Summons;
9. Standing Order of District Judge Philip S. Gutierrez; and
10. Order Granting Motion to Continue Service Deadline and Authorize Alternate Service of Complaint by Electronic Mail and Service on Defendant and Garrett M. Smith, Esq.
11. Notice of Relocation of Judge Standish

Because you sent the takedown notice to Amazon in this matter, there is an obligation for you and Ms. Macri to preserve evidence that relates to the claims made by and against your client. In this case, that means, at a minimum, all of your client's advertising, purchase orders, invoices, customs documents, communications (including email), all electronic storage media (including computers, servers, and PDAs) as well as any backups of your client's hard drives, need to be maintained as evidence. Further, you and Ms. Macri should not attempt to alter, erase, delete or dispose of any records or evidence which relate to this matter and your products.

10517 West Pico Boulevard
Los Angeles, CA 90064
Phone (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

Garrett M. Smith, Esq.
July 18, 2017
Page 2 of 2

If you should have any questions or concerns, please feel free to contact our office.

Sincerely,

MILORD & ASSOCIATES

*[signature]*

Milord A. Keshishian

Enclosures as stated
MAK/cg

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GARRET M. SMITH, ESQ.
HOFFMAN WARWICK, LLC
540 BROADWAY
ALBANY, NY 12207

9590 9402 2532 6306 8827 80

2. Article Number (Transfer from service label)

7016 3010 0000 0483 9581

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
D. Snyder

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

