JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation dba LA ROCKS,<br><br>Plaintiff,<br><br>vs.<br><br>BETH MACRI DESIGNS LLC, a New York company; and DOES 1-10,<br><br>Defendants. | Case No.: 2:17-cv-01750-PSG (GJSx)<br><br>[PROPOSED] **ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate,

IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice, and that this court shall retain jurisdiction to enforce the terms of the settlement agreement reached in this Action.

Each party is to bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED:**

Dated: 8/17/2018

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE